UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC,<br><br>     Plaintiff(s),<br> v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>     Defendant(s). | CASE NO. 2:24-cv-01563-KKE<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT |

  Under Local Rules 7(d)(1) and 10(g), Defendant First American Title Insurance Company ("First American") and Plaintiff Bel-Red Partners LLC ("Bel-Red"), together ("the Parties"), stipulate that First American's deadline to answer the Complaint in the above-captioned action is extended until October 21, 2024.  *See* Dkt. No. 13; Local Rules W.D. Wash. LCR 7(d)(1), 10(g).

  First American was served through the Washington Office of the Insurance Commissioner on August 30, 2024, and did not receive actual notice of the Complaint until many days later.  First American subsequently timely removed the action from King County Superior Court to the U.S. District Court for the Western District of Washington and has just had regional counsel admitted pro hac vice.  The Parties have conferred on the request for an extension, and additional time will allow First American's counsel to review, understand, and substantively respond to Bel-Red's allegations that involve investigation into record title issues and an underlying lawsuit initiated in 2021.

ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT - 1

Thus, for good cause shown, the Court GRANTS the stipulation to allow additional time for First American's Answer. Defendant shall file an Answer to the Complaint by October 21, 2024.

Dated this 9th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT - 2