UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC,<br><br>                     Plaintiff(s),<br><br>          v.<br><br>FIRST AMERICAN TITLE INSURANCE<br>COMPANY,<br><br>                     Defendant(s). | CASE NO. 2:24-cv-01563-KKE<br><br>ORDER |

Plaintiff requests leave to amend its complaint.  Dkt. No. 22.  Defendant does not oppose Plaintiff's motion, provided that the amendment does not constitute Defendant's waiver of any objections or right to respond.  Dkt. No. 25.

Accordingly, the Court GRANTS Plaintiff's motion for leave to amend its complaint (Dkt. No. 22).  Plaintiff shall FILE the proposed amended complaint within 14 days of this order.

Dated this 11th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1