UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC, | CASE NO. 2:24-cv-01563-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant(s). | |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 29. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 29) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 28th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1