1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BEL-RED PARTNERS, LLC, a Washington limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>            Defendant. | Case No. 2:24−cv−01563−KKE<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO MODIFY COURT'S SCHEDULING ORDER AND RESET TRIAL DATE** |

This matter comes before the Court on the Joint Stipulated Motion to Modify Court's Scheduling Order and Reset Trial Date of all parties to modify the Court's Order Setting Bench Trial (Dkt. No. 21). For good cause shown, the Court grants the parties motion as to all requested modifications, except for the proposed new trial date, which causes an irreconcilable conflict with the Court's schedule. *See id.* at 4.

The dates and deadlines set forth in the Court's Order Setting Bench Trial (Dkt. No. 21) are hereby modified in accordance with the "New Dates" set forth below:

5808805.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT STIPULATED MOTION TO MODIFY COURT'S SCHEDULING ORDER AND RESET TRIAL DATE- 1

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17ᵗʰ Floor
Los Angeles, California 90048
(323) 301-4660

| Event | Existing Date Per Order Setting Bench Trial (Dkt. No. 21) | New Date |
|---|---|---|
| Bench Trial Set For 9:30 a.m. | January 26, 2026 | **May 11, 2026** |
| Initial Disclosure of Expert Testimony Under FRCP 26(a)(2). | June 30, 2025 | September 30, 2025 |
| Supplemental Disclosure of Expert Testimony Under FRCP 26(a)(2)(D)(ii) | | October 30, 2025 |
| All motions related to discovery must be filed by | July 30, 2025 | October 30, 2025 |
| Discovery must be completed by | August 29, 2025 | November 28, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days after this date. (see LCR 7(d)). | September 29, 2025 | December 29, 2025 |
| Settlement conference if mediation has been requested by the parties per LCR 39.1, held no later than | November 28, 2025 | February 27, 2026 |
| Agreed LCR 16.1 Pretrial Order due, including Exhibit List with completed authenticity, admissibility, and objections fields | January 5, 2026 | April 6, 2026 |
| Trial briefs, joint briefs on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations due | January 12, 2026 | April 13, 2026 |

5808805.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT
STIPULATED MOTION TO MODIFY COURT'S SCHEDULING
ORDER AND RESET TRIAL DATE- 1

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
(323) 301-4660

1    Pretrial Conference            TBD                        TBD

2

3        IT IS SO ORDERED.

4

5

6        DATED this 28th day of April, 2025

7                                                Honorable Kymberly K. Evanson
                                                 District Court Judge
8

9    PRESENTED BY:

10   OSERAN HAHN, P.S.

11   /s/ Teruyuki S. Olsen

12   Teruyuki S. Olsen, WSBA No. 40855
     tolsen@ohswlaw.com
13   11225 SE 6th Street, Suite 100
     Bellevue, WA 98004
14   Phone: (425) 455-3900
     Fax: (425) 455- 9201
15   Attorneys for Defendant FIRST AMERICAN TITLE INSURANCE COMPANY

16   EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

17
     /s/ Christopher I. Ritter
18   Scott E. Gizer (Pro Hac Vice)
19   sgizer@earlysullivan.com
     Christopher I. Ritter (Pro Hac Vice)
20   critter@earlysullivan.com
     6420 Wilshire Blvd., 17th Floor
21   Los Angeles, CA 90048
     Tel: (323) 761-7924
22   Fax: (323) 301-4676
23   Co-Counsel Attorneys for Defendant
      FIRST AMERICAN TITLE INSURANCE COMPANY
24

25   BUCHALTER

26

27   By: /s/ Adam Doupe

5808805.1
 (2:24–cv–01563–KKE) ORDER GRANTING JOINT                    EARLY SULLIVAN WRIGHT
STIPULATED MOTION TO MODIFY COURT'S SCHEDULING                GIZER & McRAE LLP
ORDER AND RESET TRIAL DATE- 2                              6420 Wilshire Boulevard, 17th Floor
                                                            Los Angeles, California 90048
                                                                 (323) 301-4660

Brad P. Thoreson, WSBA #18190
Adam C. Doupé, WSBA #55483
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
Telephone: 206.319.7052
bthoreson@buchalter.com
adoupe@buchalter.com.
Attorneys for Plaintiff  BEL-RED PARTNERS, LLC

5808805.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT
STIPULATED MOTION TO MODIFY COURT'S SCHEDULING
ORDER AND RESET TRIAL DATE- 3

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
(323) 301-4660