THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS, LLC, a Washington limited liability company,<br><br>      Plaintiff,<br><br> v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>      Defendant. | Case No. 2:24−cv−01563−KKE<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR COORDINATED BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS<br><br>NOTE ON MOTION CALENDAR :<br>May 9, 2025 |

5810830.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT STIPULATED MOTION FOR COORDINATED BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS - 1

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
(323) 301-4660

1    This matter, having come before the Court on the Joint Stipulated Motion of all parties to set a coordinated briefing schedule for cross-motions,

IT IS HEREBY ORDERED THAT:

1. Defendant First American Title Insurance Company ("FATIC") shall file its response to plaintiff Bel-Red Property, LLC's ("Bel-Red") pending motion for partial summary judgment (Dkt No. 37) as a cross-motion for summary judgment, or alternatively, partial summary judgment/opposition by May 22, 2025.

2. Bel-Red shall file its opposition/reply by June 12, 2025.

3. FATIC shall file its reply by June 19, 2025.

4. The note on motion calendar shall be set for June 19, 2025, subject to any further orders the Court may make regarding a hearing on the cross-motions.

5. The word limits for the briefs are modified as follows: FATIC's cross-motion/opposition will be limited to 15,000 words; and Bel-Red's opposition/reply will be limited to 15,000 words. FATIC's reply will remain limited to 4,200 as provided in the Local Rule.

DATED this 13th day of May, 2025.

*Kymberly K. Evanson*

Honorable Kymberly K. Evanson
United States District Judge

//
//
//
//
//
//

5810830.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT STIPULATED MOTION FOR COORDINATED BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS - 1

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
(323) 301-4660

PRESENTED BY:

OSERAN HAHN, ATTORNEYS AT LAW

And

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Teruyuki S. Olsen
Teruyuki S. Olsen, WSBA No. 40855
tolsen@ohswlaw.com
11225 SE 6th Street, Suite 100
Bellevue, WA 98004
Phone: (425) 455-3900
Fax: (425) 455- 9201
Attorneys for Defendant, FIRST AMERICAN TITLE INSURANCE COMPANY

/s/ Christopher I. Ritter
Scott E. Gizer *(Pro Hac Vice)*
sgizer@earlysullivan.com
Christopher I. Ritter *(Pro Hac Vice)*
critter@earlysullivan.com
Jessica Detering *(Pro Hac Vice)*
jdetering@earlysullivan.com
6420 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048
Tel: (323) 761-7924
Fax: (323) 301-4676
Co-Counsel Attorneys for Defendant
FIRST AMERICAN TITLE INSURANCE COMPANY

BUCHALTER

/s/ Adam C. Doupe
Brad P. Thoreson, WSBA No. 18190
Adam C. Doupé, WSBA No. 55483
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
Telephone: 206.319.7052
bthoreson@buchalter.com
adoupe@buchalter.com.
Attorneys for Plaintiff
BEL-RED PARTNERS, LLC

5810830.1

(2:24−cv−01563−KKE) ORDER GRANTING JOINT STIPULATED MOTION FOR COORDINATED BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS - 2

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
(323) 301-4660