UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC, | CASE NO. 2:24-cv-01563-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendant filed a stipulated motion in this case that should have been filed in another case pending in the United States District Court for the Eastern District of Washington. Dkt. No. 54. The Court thus TERMINATES the motion as it was filed in error.

Dated this 12th day of September, 2025.

Ravi Subramanian
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1