UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC, | CASE NO. 2:24-cv-01563-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant(s). | |

The parties filed a stipulated motion to extend certain pretrial deadlines, but not the trial date. Dkt. No. 56. Specifically, the parties submit that good cause exists to extend the deadlines for initial and supplemental disclosure of expert testimony, discovery motions, discovery cutoff, dispositive motions, motions to exclude expert testimony, and the settlement conference. *Id*. at 3. The parties propose moving the dispositive motions deadline to January 26, 2026, and keeping the trial date set for May 11, 2026. *See* Dkt. No. 36.

The Court generally requires 120 days between a dispositive motions deadline and a trial date; here, the parties have requested a schedule that allows for only 105 days. Because the parties have already filed cross-motions for summary judgment, however, the Court is amenable to a slightly shorter time gap for this case. Thus, under the circumstances of this case, and in light of the parties' agreement, the Court finds good cause to GRANT the parties' stipulated motion. Dkt.

ORDER GRANTING STIPULATED MOTION - 1

No. 56.  The courtroom deputy is directed to issue an amended case schedule consistent with the dates proposed by the parties.  *Id*.

Dated this 15th day of September, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge