# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC, <br><br> Plaintiff(s), <br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. 2:24-cv-01563-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES |

The parties filed a stipulated motion to extend two discovery-related pretrial deadlines. Dkt. No. 61. Finding good cause, the Court GRANTS the motion, thereby extending two pretrial deadlines as follows:

Deadline to file all motions related to discovery:    January 12, 2026

Discovery completed by:    February 9, 2026

All other deadlines in the case schedule (Dkt. No. 58) remain in effect.

Dated this 12th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 1