UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL-RED PARTNERS LLC, | CASE NO. 2:24-cv-01563-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court will, in consideration of Plaintiff's motion to strike contained in its surreply (Dkt. No. 75), provide Plaintiff an opportunity to respond to the evidence and argument in Defendant's reply that it contends was provided for the first time therein. Plaintiff's supplemental opposition is due no later than March 16, 2026. The clerk is directed to RE-NOTE Defendant's motion for bill of costs (Dkt. No. 67) for March 16, 2026.

Dated this 2nd day of March, 2026.

Joshua C. Lewis
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1